[No. 66839-1-I.   Division One.   August 13, 2012.]

PATRICIA STEDMAN, *Respondent*, v. STACEY COOPER ET AL., *Appellants*.

The opinion in the above captioned case, which appeared in the advance sheets at 170 Wn. App. 61-75, has not been published in the permanent bound volume pursuant to an order of the Court of Appeals dated November 19, 2012 granting reconsideration in part, withdrawing the opinion, and substituting a new opinion. See 172 Wn. App. 9.